JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., et al., | Case No. CV 14-8579 FMO (SHx) |
| Plaintiffs, | |
| | **JUDGMENT** |
| ANTHONY MEDINA, | |
| Defendant. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network"), and against defendant Anthony Medina. The total amount is allocated as follows:

    A.    Statutory damages in the amount of $10,000.00.

    B.    Attorney's fees in the amount of $1,200.00.

2. Defendant, and anyone acting in active concert or participation with defendant, is hereby permanently enjoined from:

    A. circumventing or assisting others to circumvent DISH Network's security system, or otherwise intercepting or assisting others to intercept DISH Network's satellite signal; and

      B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

      3.  DISH Network shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 27th day of February, 2015.

                                                           /s/
                                              Fernando M. Olguin
                                           United States District Judge